**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC LARSGAARD,<br>Defendant. | Case No. 2:20-cr-00088-JAD-DJA-1<br>**ORDER** |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for September 21, 2026 at 2:30 p.m., be vacated and continued to October 1, 2026 at the hour of 2:00 p.m. in LV Courtroom 3D.

DATED this 17 day of September, 2026.

UNITED STATES MAGISTRATE JUDGE