**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ERIC LARSGAARD,<br>Defendant. | Case No. 2:20-cr-00088-JAD-DJA-1<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 5, 2026 at 11:30 a.m., be vacated and continued to October 19, 2026, at the hour of 11:00 a.m.

DATED this 1st day of October, 2026.

UNITED STATES DISTRICT JUDGE